IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MELANIE ROSE SOTO,

      Appellant,

v.
                  Case No.     5D22-569
                  LT Case No. 2021-MM-000615-AOS

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed September 13, 2022

Appeal from the County Court
for Osceola County,
Gabrielle Sanders-Morency, Judge.

Matthew J. Metz, Public Defender, and
Betty Wyatt, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.